JOHN F. INGANAMORT, MICHAEL INGANAMORT BROS. AND LASALA CONTRACTING COMPANY, INC., A JOINT VENTURE T/A MEDITERRANEAN TOWERS WEST, PLAINTIFFS-AP-PELLANTS, v. RENT LEVELING BOARD OF THE BOROUGH OF FORT LEE AND THE BOROUGH OF FORT LEE, DEFEND-ANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted April 14, 1980—Decided April 30, 1980.

Before Judges ALLCORN, MORGAN and FRANCIS.

*Glock* and *Spector*, attorneys for appellants (*Frank J. Glock* on the brief).

*Murphy, Ellis & McBride*, attorneys for respondents (*Marcel R. Plaut* on the brief).

PER CURIAM.

The judgment of the Law Division is affirmed essentially for the reasons set forth in the opinion of Judge Malech, reported at 160 *N.J.Super.* 546 (Law Div.1978). *Woods v. Forest Hills South*, 172 *F.*2d 147 (2 Cir. 1949).